**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>Online King LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-42591 (LAS) |

**DECLARATION OF MICHAEL J. GEARIN IN SUPPORT OF AMAZON CAPITAL SERVICES, INC.'S JOINDER TO MOTION OF UNITED STATES TRUSTEE TO DISMISS CHAPTER 11 CASE**

Michael J. Gearin, pursuant to 28 U.S.C. § 1746, hereby certifies and declares as follows:

1.      I am a partner with K&L Gates LLP, counsel for Amazon Capital Services, Inc. in this case.

2.      I made discovery requests to the Debtor through counsel, including requests for copies of the Debtor's bank statements for 2019 and 2020.  The Debtor provided copies of certain bank statements and provided information regarding the identity of the recipient of certain transfers from the Debtor's accounts.  In particular, Debtor's counsel identified the recipient of certain transfers reflected in the bank statements as It's a Deal (an entity related to the Debtor).  Based upon our review of the bank statements, we created a summary of the transfers to It's a Deal. Attached hereto as Exhibit A is the summary of those transfers which reflects more than $684,000 in transfers from the Debtor's accounts to It's a Deal during the period January 1, 2019 through July 9, 2020.

3.       Attached hereto as <u>Exhibit B.</u> is a true and correct copy of the email from Shalom Samuels of the offices of Debtor's counsel attaching the weekly reports of receipts and disbursements for the weeks of October 25, 2020 and November 1, 2020.

4. Attached hereto as <u>Exhibit C.</u> is a true and correct copy of my email correspondence with Debtor's counsel Joseph Balisok regarding the cash collateral order submitted to the Court for entry in early November, 2020.

5. Attached hereto as <u>Exhibit D.</u> is a true and correct copy of the email from Shalom Samuels of the offices of Debtor's counsel attaching the Debtor's summary of disbursements as compared to budget for the period October 11, 2020 and December 20, 2020.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 30th day of December, 2020, at Seattle, Washington.

     _/s/ Michael J. Gearin_____

Michael J. Gearin

503895588 v3

# EXHIBIT A

## SUMMARY OF BANK TRANSFERS

| DATE | Amount | From Bank Account | Description of Transfer |
|------|--------|-------------------|------------------------|
| 1/8/2019 | $50,000.00 | Online King Chase Acct. | Online Domestic Wire Transfer to It's a Deal |
| 2/1/2019 | $30,000.00 | Online King Chase Acct. | Online Domestic Wire Transfer to It's a Deal |
| 4/4/2019 | $15,000.00 | Online King Chase Acct. | Online Domestic Wire Transfer to It's a Deal |
| 4/17/2019 | $30,000.00 | Online King Chase Acct. | Online Domestic Wire Transfer to It's a Deal |
| 5/16/2019 | $30,000.00 | Online King Chase Acct. | Online Domestic Wire Transfer to It's a Deal |
| 9/26/2019 | $5,000.00 | Online King Chase Acct. | Online Domestic Wire Transfer to It's a Deal |
| 10/17/2019 | $50,000.00 | Online King Chase Acct. | Online Domestic Wire Transfer to It's a Deal |
| 1/14/2020 | $50,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 2/19/2020 | $15,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 2/24/2020 | $60,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 2/26/2020 | $25,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 3/3/2020 | $50,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 3/16/2020 | $60,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 3/26/2020 | $15,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 4/1/2020 | $80,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |

November 30, 2020

| 4/27/2020 | $10,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
|-----------|-----------|------------------------------|---------------------------------------------|
| 4/29/2020 | $50,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 5/13/2020 | $40,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 5/19/2020 | $7,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 6/23/2020 | $5,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 6/29/2020 | $5,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| 7/9/2020 | $2,000.00 | Online King Santander Acct. | Treas. Link Transfer to It's a Deal Account |
| Total | $684,000 | | |

503896341 v2

November 30, 2020

# EXHIBIT B

| | |
|---|---|
| **From:** | Gearin, Mike |
| **To:** | Lentz, Denise A. |
| **Subject:** | FW: Online King - Weekly Reports |
| **Date:** | Monday, November 30, 2020 3:57:32 PM |
| **Attachments:** | Weekly report Oct 25 and Nov 6.pdf |

---

**From:** Shalom D. Samuels <shalom@lawbalisok.com>
**Sent:** Friday, November 06, 2020 7:03 AM
**To:** Gearin, Mike <michael.gearin@klgates.com>
**Cc:** Joseph Balisok <joseph@lawbalisok.com>; Sussman, Jeremy S. (USTP)
<Jeremy.S.Sussman@usdoj.gov>; Gerard R. Luckman <gluckman@forchellilaw.com>
**Subject:** Online King - Weekly Reports

**External Sender:**

Dear Mike,

Please see attached the weekly expenditure reports.

--
Please feel free to call me if you have any questions.

Thank you for your kind attention to this matter.

Sincerely,

Shalom D. Samuels, Law Clerk
Balisok & Kaufman, PLLC
251 Troy Avenue
Brooklyn, NY 11213
Office (718) 928-9607
Fax (718) 534-9747
shalom@lawbalisok.com

================================================================
CIRCULAR 230 DISCLOSURE: Per regulations governing practice before the Internal
Revenue Service, any tax advice contained herein is not intended or written for use, and
cannot be used, to avoid tax penalties that may be
imposed on the taxpayer.
================================================================
CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain
information intended for the exclusive use of the individual or entity to whom it is addressed
and may contain information that is proprietary, privileged, confidential and/or exempt from
disclosure under applicable law. If you are not the intended recipient, you are hereby notified
that any viewing, copying, disclosure or distribution of this information may be subject to
legal restriction or sanction. Please notify the sender, by electronic mail of any unintended
recipients and delete the original message without making any copies.

9:43 AM

11/06/20

Accrual Basis

# Online King LLC
## Profit & Loss
### October 25 through November 7, 2020

|  | Week of Oct 25, 20 | Week of Nov 1, 20 | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** |  |  |  |
| **Income** |  |  |  |
| Sales | 63,188.24 | 314.52 | 63,502.76 |
| **Total Income** | 63,188.24 | 314.52 | 63,502.76 |
| **Cost of Goods Sold** |  |  |  |
| Purchases | 30,225.00 | 0.00 | 30,225.00 |
| **Total COGS** | 30,225.00 | 0.00 | 30,225.00 |
| **Gross Profit** | 32,963.24 | 314.52 | 33,277.76 |
| **Expense** |  |  |  |
| Bank Service Charges | 50.00 | 30.00 | 80.00 |
| Shipping and Delivery | 0.00 | 16,891.40 | 16,891.40 |
| **Total Expense** | 50.00 | 16,921.40 | 16,971.40 |
| **Net Ordinary Income** | 32,913.24 | -16,606.88 | 16,306.36 |
| **Net Income** | **32,913.24** | **-16,606.88** | **16,306.36** |

# EXHIBIT C

| | |
|---|---|
| **From:** | Gearin, Mike |
| **To:** | Lentz, Denise A. |
| **Subject:** | FW: Online King LLC, 20-42591 - Proposed Cash Collateral Order |
| **Date:** | Monday, November 30, 2020 4:00:52 PM |

---

**From:** Joseph Y. Balisok, Esq. <joseph@lawbalisok.com>
**Sent:** Wednesday, November 11, 2020 3:46 PM
**To:** Gearin, Mike <michael.gearin@klgates.com>; Shalom D. Samuels <shalom@lawbalisok.com>
**Subject:** Re: Online King LLC, 20-42591 - Proposed Cash Collateral Order [KLG-USW_Active01.FID874989]

**External Sender:**

Dear Mike:

I will check with my paralegal but I believe the Order we submitted was the one we agreed on but the Court chose to make modifications to the form submitted.

I will double-check tomorrow.

I apologize if it was in error.

On Wed, Nov 11, 2020 at 1:53 PM Gearin, Mike <michael.gearin@klgates.com> wrote:

> Joe:
>
> I have just had an opportunity to review the cash collateral order that you submitted to the court (attached). It is not the form of order that you circulated and contrary to your representations to me, does not address the comments that I provided you on October 22 (email string below). This order needs to be amended to reflect the proper budget and timeframe for the authority to use cash collateral. The budget period is October 22, 2020 through January 7, 2021. The monthly budget is the same as the prior order. The order that was filed with the court incorrectly indicates monthly expenditures of $126K. The budget should reflect monthly expenditures of $45,200.
>
> Thank you for your attention to correcting this.
>
>
> **Michael J. Gearin**
> **K&L Gates LLP**
> 925 Fourth Avenue, Suite 2900
> Seattle, WA 98104
> (206) 370-6666 Direct
> (206) 940-2500 Mobile
> michael.gearin@klgates.com

**From:** Gearin, Mike
**Sent:** Thursday, October 22, 2020 4:44 PM
**To:** 'Shalom D. Samuels' <shalom@lawbalisok.com>; Gerard R. Luckman <gluckman@forchellilaw.com>; Sussman, Jeremy S. (USTP) <Jeremy.S.Sussman@usdoj.gov>; kewerner@vorys.com
**Cc:** Joseph Balisok <joseph@lawbalisok.com>
**Subject:** RE: Online King LLC, 20-42591 - Proposed Cash Collateral Order [KLG-USW_Active01.FID874989]

Ms. Werner and Gentlemen:

　　　Attached in redline are Amazon's comments to the proposed cash collateral order.  The budget should be revised to reflect monthly amounts as was done with the prior order, with a proration for the period 12/22 to 1/7.

Thank you

**Michael J. Gearin**
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 370-6666 Direct
(206) 940-2500 Mobile
michael.gearin@klgates.com

**From:** Shalom D. Samuels <shalom@lawbalisok.com>
**Sent:** Thursday, October 22, 2020 10:16 AM
**To:** Gearin, Mike <michael.gearin@klgates.com>; Gerard R. Luckman <gluckman@forchellilaw.com>; Sussman, Jeremy S. (USTP) <Jeremy.S.Sussman@usdoj.gov>; kewerner@vorys.com
**Cc:** Joseph Balisok <joseph@lawbalisok.com>
**Subject:** Online King LLC, 20-42591 - Proposed Cash Collateral Order

Good afternoon,

Please see attached the proposed Order. Kindly advise as to any revisions necessary.

Please also see attached the proposed budget. The budget was calculated by dividing the monthly income/expenses by 30 (days) then multiplying by the 84 days of the budget.

--
Please feel free to call me if you have any questions.

Thank you for your kind attention to this matter.

Sincerely,

Shalom D. Samuels, Law Clerk
Balisok & Kaufman, PLLC
251 Troy Avenue
Brooklyn, NY 11213
Office (718) 928-9607
Fax (718) 534-9747
shalom@lawbalisok.com

============================================================
CIRCULAR 230 DISCLOSURE: Per regulations governing practice before the Internal
Revenue Service, any tax advice contained herein is not intended or written for use, and
cannot be used, to avoid tax penalties that may be
imposed on the taxpayer.
============================================================
CONFIDENTIALITY NOTICE: This electronic mail message and any attached files
contain information intended for the exclusive use of the individual or entity to whom it is
addressed and may contain information that is proprietary, privileged, confidential and/or
exempt from disclosure under applicable law. If you are not the intended recipient, you are
hereby notified that any viewing, copying, disclosure or distribution of this information may
be subject to legal restriction or sanction. Please notify the sender, by electronic mail of any
unintended recipients and delete the original message without making any copies.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and
confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note
that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-
mail in error, please contact me at michael.gearin@klgates.com.

--

Please feel free to call me if you have any questions.

Thank you for your kind attention to this matter.

Sincerely,

Joseph Y. Balisok, Esq.
Balisok & Kaufman, PLLC
251 Troy Avenue
Brooklyn, NY 11213
Office (718) 928-9607
Fax (718) 534-9747
joseph@lawbalisok.com

================================================================

CIRCULAR 230 DISCLOSURE: Per regulations governing practice before the Internal Revenue Service, any tax advice contained herein is not intended or written for use, and cannot be used, to avoid tax penalties that may be

imposed on the taxpayer.

================================================================

CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail of any unintended recipients and delete the original message without making any copies.

# EXHIBIT D

11:20 AM

10/23/20

Accrual Basis

## Online King LLC
## Profit & Loss
### October 1 - 23, 2020

| | Oct 1 - 3, 20 | Week of Oct 4, 20 | Week of Oct 11, 20 | Oct 18 - 23, 20 | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Sales | 0.00 | 21.89 | 19,464.81 | 34.10 | 19,520.80 |
| **Total Income** | 0.00 | 21.89 | 19,464.81 | 34.10 | 19,520.80 |
| **Gross Profit** | 0.00 | 21.89 | 19,464.81 | 34.10 | 19,520.80 |
| **Expense** | | | | | |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 30.00 | 30.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 30.00 | 30.00 |
| **Net Ordinary Income** | 0.00 | 21.89 | 19,464.81 | 4.10 | 19,490.80 |
| **Net Income** | **0.00** | **21.89** | **19,464.81** | **4.10** | **19,490.80** |

**9:43 AM**

**11/06/20**

**Accrual Basis**

**Online King LLC**

**Profit & Loss**

**October 25 through November 7, 2020**

| | Week of Oct 25, 20 | Week of Nov 1, 20 | TOTAL |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
|    Sales | 63,188.24 | 314.52 | 63,502.76 |
| **Total Income** | 63,188.24 | 314.52 | 63,502.76 |
| **Cost of Goods Sold** | | | |
|    Purchases | 30,225.00 | 0.00 | 30,225.00 |
| **Total COGS** | 30,225.00 | 0.00 | 30,225.00 |
| **Gross Profit** | 32,963.24 | 314.52 | 33,277.76 |
| **Expense** | | | |
|    Bank Service Charges | 50.00 | 30.00 | 80.00 |
|    Shipping and Delivery | 0.00 | 16,891.40 | 16,891.40 |
| **Total Expense** | 50.00 | 16,921.40 | 16,971.40 |
| **Net Ordinary Income** | 32,913.24 | -16,606.88 | 16,306.36 |
| **Net Income** | **32,913.24** | **-16,606.88** | **16,306.36** |

# Online King LLC
# Profit & Loss
### November 8 - 14, 2020

|  | Week of Nov 8, 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 26,462.85 |
| **Total Income** | 26,462.85 |
| **Cost of Goods Sold** | |
| Purchases | 25,400.00 |
| **Total COGS** | 25,400.00 |
| **Gross Profit** | 1,062.85 |
| **Expense** | |
| Bank Service Charges | 50.00 |
| **Total Expense** | 50.00 |
| **Net Ordinary Income** | 1,012.85 |
| **Net Income** | **1,012.85** |

**11:58 AM**

**11/25/20**

**Accrual Basis**

# Online King LLC
# Profit & Loss
## November 15 - 21, 2020

|  | Week of Nov 15, 20 |
| --- | ---: |
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 637.00 |
| **Total Income** | 637.00 |
| **Gross Profit** | 637.00 |
| **Net Ordinary Income** | 637.00 |
| **Net Income** | **637.00** |

# Online King LLC
## Profit & Loss
### November 22 - 28, 2020

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 18,570.56 |
| **Total Income** | 18,570.56 |
| **Gross Profit** | 18,570.56 |
| **Net Ordinary Income** | 18,570.56 |
| **Net Income** | **18,570.56** |

**10:54 AM**

**12/04/20**

**Accrual Basis**

# Online King LLC
# Profit & Loss
## November 29 through December 5, 2020

| | Week of Nov 29, 20 |
|---|---|
| **Net Income** | **0.00** |

**11:33 AM**

**12/11/20**

**Accrual Basis**

**Online King LLC**
# Profit & Loss
**December 6 - 12, 2020**

|  | Week of Dec 6, 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 1,634.42 |
| **Total Income** | 1,634.42 |
| **Cost of Goods Sold** | |
| Purchases | 33,800.00 |
| **Total COGS** | 33,800.00 |
| **Gross Profit** | -32,165.58 |
| **Expense** | |
| Bank Service Charges | 30.00 |
| **Total Expense** | 30.00 |
| **Net Ordinary Income** | -32,195.58 |
| **Net Income** | **-32,195.58** |

11:04 AM

12/18/20

Accrual Basis

# Online King LLC
# Profit & Loss
### December 13 - 19, 2020

|  | Week of Dec 13, 20 |
|---|---|
| **Net Income** | **0.00** |

**12:18 PM**

**12/25/20**

**Accrual Basis**

**Online King LLC**
# Profit & Loss
### December 20 - 26, 2020

|  | Week of Dec 20, 20 |
| --- | ---: |
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 12.74 |
| **Total Income** | 12.74 |
| **Cost of Goods Sold** | |
| Purchases | 36,250.00 |
| **Total COGS** | 36,250.00 |
| **Gross Profit** | -36,237.26 |
| **Expense** | |
| Bank Service Charges | 60.00 |
| **Total Expense** | 60.00 |
| **Net Ordinary Income** | -36,297.26 |
| **Net Income** | **-36,297.26** |

| | Revenue | Inventory | Fees |
|---|---|---|---|
| 10/11/2020 | $ 19,464.81 | $ - | $ - |
| 10/18/2020 | $ 34.10 | $ - | $ 30.00 |
| 10/25/2020 | $ 63,188.24 | $ 30,225.00 | $ 50.00 |
| 11/1/2020 | $ 314.52 | $ - | $ 16,921.40 |
| 11/8/2020 | $ 26,462.85 | $ 25,400.00 | $ 50.00 |
| 11/15/2020 | $ 637.00 | $ - | $ - |
| 11/22/2020 | $ 18,570.56 | $ - | $ - |
| 11/29/2020 | $ - | $ - | $ - |
| 12/6/2020 | $ 1,634.42 | $ 33,800.00 | $ 30.00 |
| 12/13/2020 | $ - | $ - | $ - |
| 12/20/2020 | $ 12.74 | $ 36,250.00 | $ 60.00 |
| Actual | $ 130,319.24 | $ 125,675.00 | $ 17,141.40 |
| Projected | $ 140,000.00 | $ 112,000.00 | $ 14,000.00 |